**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: <br> DOMINICK R REED <br><br> Debtor(s) | Case No. 18-16720 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/12/2018.

2) The plan was confirmed on 08/07/2018.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was converted on 12/26/2018.

6) Number of months from filing to last payment: 6.

7) Number of months case was pending: 7.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $1,250.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$1,250.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $257.73 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $55.25 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$312.98** |
| Attorney fees paid and disclosed by debtor: | $150.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| 500 FASTCASH | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| ARGON LOANS | Unsecured | 5,302.00 | NA | NA | 0.00 | 0.00 |
| AT&T SERVICES INC | Unsecured | 781.00 | NA | NA | 0.00 | 0.00 |
| AURORA EMERGENCY ASSOC | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| BCG EQUITIES | Unsecured | 300.00 | 265.87 | 265.87 | 0.00 | 0.00 |
| CASTLE PAYDAY | Unsecured | 375.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Unsecured | 479.00 | NA | NA | 0.00 | 0.00 |
| CIRCUIT COURT OF COOK COUNTY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY COLLEGES OF CHICAGO | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF ADMINS | Unsecured | NA | 1,184.35 | 1,184.35 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 2,110.00 | 5,100.20 | 5,100.20 | 0.00 | 0.00 |
| CITY OF CHICAGO EMS | Unsecured | 848.00 | NA | NA | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| CONTINENTAL FINANCE | Unsecured | 748.00 | NA | NA | 0.00 | 0.00 |
| FOUNDATION FOR EMERG SVCS | Unsecured | 312.00 | NA | NA | 0.00 | 0.00 |
| FOUNDATION FOR EMERG SVCS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPL0YMENT SECURITY | Unsecured | 2,576.00 | 2,576.00 | 2,576.00 | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Priority | 64.00 | 72.62 | 72.62 | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Unsecured | NA | 8.04 | 8.04 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 64.00 | 921.14 | 921.14 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 8.47 | 8.47 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 541.00 | 541.87 | 541.87 | 0.00 | 0.00 |
| LEND UP | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 741.00 | 1,002.48 | 1,002.48 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 1,107.00 | 1,183.00 | 1,183.00 | 0.00 | 0.00 |
| MANSARDS APARTMENTS | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| MANSARDS APARTMENTS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 615.00 | 772.83 | 772.83 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Unsecured | 18,875.00 | 19,787.40 | 19,787.40 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Olympia Fields Police Department | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| OLYMPIA FIELDS RED LIGHT PHOTO | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ORION MANAGEMENT | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| OVERLAND BOND & INVESTMENT | Unsecured | 9,425.00 | 6,029.35 | 6,029.35 | 0.00 | 0.00 |
| OVERLAND BOND & INVESTMENT | Secured | 6,725.00 | 7,425.00 | 7,425.00 | 805.94 | 131.08 |
| PRA RECEIVABLES MGMT | Unsecured | 1,312.00 | 1,312.78 | 1,312.78 | 0.00 | 0.00 |
| RADIOLOGY IMAGING SPECIALISTS | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| ST BERNARD HOSPITAL | Unsecured | 1,160.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 1,513.00 | 2,452.60 | 2,452.60 | 0.00 | 0.00 |
| STROGER HOSPITAL | Unsecured | 176.00 | NA | NA | 0.00 | 0.00 |
| SURGE | Unsecured | 694.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 844.00 | 844.90 | 844.90 | 0.00 | 0.00 |
| U HAUL MCO 759 | Unsecured | 483.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED/NAVIENT | Unsecured | 18,342.00 | NA | NA | 0.00 | 0.00 |
| USA WEB CASH | Unsecured | 266.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF CHICAGO RIDGE | Unsecured | 135.00 | 135.00 | 135.00 | 0.00 | 0.00 |
| VILLAGE OF OLYMPIA FIELDS | Unsecured | NA | 200.00 | 200.00 | 0.00 | 0.00 |
| VILLAGE OF OLYMPIA FIELDS | Unsecured | NA | 200.00 | 200.00 | 0.00 | 0.00 |
| VILLAGE OF WILLOWBROOK | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF WORTH | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $7,425.00 | $805.94 | $131.08 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$7,425.00** | **$805.94** | **$131.08** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $993.76 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$993.76** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$43,605.14** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $312.98 |
| Disbursements to Creditors | $937.02 |
| **TOTAL DISBURSEMENTS** : | **$1,250.00** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 01/07/2019           By: /s/ Tom Vaughn
                                                             Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**